# Court of Appeals
# of the State of Georgia

ATLANTA,   September 30, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1331. G.W. TAYLOR v. THE STATE.**

In this case, G.W. Taylor appeals from the trial court's denial of his motion for new trial. In his brief, Taylor enumerates error involving jury selection contained in an amended transcript that has not been filed in this Court, and apparently, not been filed in the state court.

The record is incomplete without this amended transcript, impeding our ability to review Taylor's claim. Accordingly we REMAND this case to the State Court of Cobb County for completion of the record. Once the amended transcript has been filed with the trial court, the Clerk of the State Court shall re-transmit the appellate record to this Court within ten (10) days so that the appeal can be re-docketed. No further notice of appeal is required.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   09/30/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*